

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00248-CR

Randy Ray Gutierrez
v.
The State of Texas

On Appeal from the
156th District Court of Bee County, Texas
Trial Cause No. B-20-2171-0-CR-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed in part, reversed in part and remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART as to count three and REVERSED IN PART and REMANDED as to counts one and two for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

March 7, 2024